FILED ✓ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 6 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KINSLEY RESOURCES, INC., a Nevada corporation, | Case No. 3:09-cv-00435-BES-RAM |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| FOURTH & ONE, LLC, a Colorado limited liability company; and PELICAN INVESTMENT CORP., a California corporation; dba C&H TRUST DEED SERVICE, | |
| Defendants. | |

IT IS HEREBY ORDERED, that the above entitled case shall be dismissed with prejudice.

IT IS FURTHER ORDERED that each of the parties hereto shall bear their own costs of suit and attorneys' fees.

DATED: July 26, 2010.

_____
UNITED STATES DISTRICT JUDGE

U:\P109KNSLY.ODR.wpd          1